

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00215-CR

Obinna **EBIKAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 553192
Honorable Crystal D. Chandler, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 3, 2018.

Sandee Bryan Marion, Chief Justice